# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-20-00047-CV

---

**Estate of Jeannie McDonald, and Wanda Morgan, Independent Executor, Appellants**

**v.**

**Perry McDonald, Appellee**

---

### FROM THE 33RD DISTRICT COURT OF LLANO COUNTY
### NO. 20612, THE HONORABLE J. ALLAN GARRETT, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellants' brief was originally due on August 11, 2020. On September 21, 2020, this Court sent a notice to appellants informing them that their brief was overdue and that a failure to file a satisfactory response by October 1, 2020, would result in the dismissal of this appeal for want of prosecution. To date, appellants have not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Gisela D. Triana, Justice

Before Justices Goodwin, Triana, and Smith

Dismissed for Want of Prosecution

Filed: October 14, 2020